UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KASAINE O. PERTET** | **CIVIL NO. 3:12-cv-00604-JCH** |
| **Plaintiff,** | |
| v. | |
| **JOHN KARAJANIS, ET AL.** | **JULY 25, 2013** |
| **Defendants.** | |

## PARTIAL  WITHDRAWAL

Pursuant toof the Local Rules of Civil Procedure, the Plaintiff's action is withdrawn as to the following Defendants only:

John Karajanis, David Perez, Mark Gado, Christopher Stratton, Scott Bloom, John Healey, Andrzej Jakubowski, Robert Fazzino, Christopher Nolan, Thomas Flaherty, Walter Casey and Christopher Guiliano

The action remains pending against the Defendant, Brian Bogert.

THE PLAINTIFF,

BY _/s/ Donald G. Walsh, Jr._
Donald G. Walsh, Jr.
Donald G. Walsh, P.C.
One Bradley Road, Suite 706
Woodbridge, CT 06525
Phone No. 203-389-8300
Juris # CT02368
*Attorney for Plaintiff, Kasaine O. Pertet*

**CERTIFICATION**

I hereby certify that a copy of the above was mailed or electronically delivered on to all counsel and pro se parties of record on July 25, 2013 as follows:

John W. Cannavino, Jr., Esq. (ct 28236)
Ryan Ryan Deluca LLP
707 Summer Street
Stamford, CT 06901
Phone No. 203-357-9200
jwcannavino@ryandelucalaw.com
*Attorney for Defendants*

_____
Donald G. Walsh, Jr.